### No. 894
### STATE ex. v. SCHLESINGER, Dir. of Highways, etc.
### No. 19346. Supreme Court

In mandamus. Dock. Sept. 1, 1925; 3 Abs. 546.

**1140. SURETY—Where principal on surety bond makes assignment to bank and subsequently defaults in performance of contract, is surety subrogated to such fund, to the extent of the work accomplished by reason of completing the contract?**

On Jan. 9, 1923, the State of Ohio by Leon C. Herrick, the then Director of Highways and Public Works, entered into a contract with John Walsh and Charles McDaniel, operating under the firm name and style of Walsh & McDaniel, for the construction of Sec. "K", ICH No. 23, in Licking and Knox counties. The Southern Surety Co. executed the bond securing the performance of the foregoing contract, as surety.

During the progress of the work, Walsh & McDaniel made an assignment of estimates due, to the Huntington National Bank of Columbus. Before completion of the work, and after making the assignment to the bank, Walsh & McDaniel defaulted on their contract, and the Southern Surety Co., after notice from the Director of Highways and Public Works, entered upon and completed the contract. The Southern Surety Company now claims all of the money due from the State of Ohio to Walsh & McDaniel by reason of subrogation, and that its rights to said fund are paramount to

(Continued on Page 663)

# "U. S."
# REPORTS IN 5 FEET

## *Epoch-Making Feat Helps You To Own Only Set Better Than "Ohio State"*

---

# Save $400 on the Best Law

Cost reduced nearly 2/3 the old price. Total now for 268 volumes only $265.32. Thin paper and modern methods, reduce shelving 35 feet. One Vol. Digest $37.50

---

## Ten Reasons Why U. S. Pays Big Dividends

1. No better authority can be cited in Common Pleas or anywhere else.
2. Federal Court business doubles in 10 years to 165,000 pending cases.
3. United States Supreme Court opinions are "priceless pearls in the mind."
4. Employer's Liability.
5. Prohibition.

6. Due Process.
7. Income Tax.
8. Bankruptcy.
9. Making a Federal question out of a losing case in Ohio Courts.
10. Confidence that knowledge of Marshall, Jay, Storey, Chase, Taney, Holmes and Taft, inspire.

---

Write me for particulars of Easy Terms on which you may own this leading lawyer's treasure.

# W. HOWARD HAYNES

## LAW BOOKS

Phone Main 2479   -   710 Williamson Bldg.   -   Cleveland, Ohio

"I Help You Win"

## PUBLISHER'S COLUMN
# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Wednesday    50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance........$15.00
Single Numbers ................................ .35

When cash is mailed to us in advance
20 per cent discount

### THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, East Cleveland Sta.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

---

(Continued from Page 661)

the rights of the bank under its assignment from Walsh & McDaniel. The Huntington National Bank claims that it is entitled to the funds, by reason of its assignment.

Attorneys—Atkinson, Smith & Hogan and Frank Cipriano for Surety Co., C. C. Crabbe and J. C. Williamson for Director; all of Columbus.